Order entered December 12, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01175-CV

**SHAUN BURGESS, Appellant**

**V.**

**CASTLE KEEPERS, INC., Appellee**

On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-01984-2012

## ORDER

The Court has before it appellant's December 3, 2012 motion challenging the trial court's order sustaining contest to appellant's affidavit of indigence. The Court **DENIES** the motion and **ORDERS** appellant to pay his filing fee within ten days of the date of this order. If appellant does not do so, this appeal may be dismissed without further notice.

MOLLY FRANCIS
JUSTICE